[No. 41941-6-II.   Division Two.   February 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN M. VIELGUTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-03783-5, Linda CJ Lee, J., entered April 1, 2011. *Affirmed* by unpublished opinion per Bridgewater, J. Pro Tem., concurred in by Johanson, A.C.J., and Wiggins, J. Pro Tem.

[No. 42117-8-II.   Division Two.   February 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TERESA JEANNINE CROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-00456-6, Stephanie A. Arend, J., entered April 22, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 42133-0-II.   Division Two.   February 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU E. NUGENT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00010-9, Amber L. Finlay, J., entered May 13, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Bridgewater and Wiggins, JJ. Pro Tem.

[No. 42167-4-II.   Division Two.   February 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SPENSER JAMES PLUEARD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 10-1-00331-1, Jay B. Roof, J., entered May 27, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, J.; Quinn-Brintnall, J., concurring in the result only.